respondents. No opinion. Judgment affirmed, with costs. Order filed.

**McPHERSON, Respondent, v. GENERAL SYNOD OF THE REFORMED CHURCH IN AMERICA, Appellant.** (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Rosie McPherson against the General Synod of the Reformed Church in America. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

**MAHER et al., Respondents, v. KENNEDY et al., Appellants.** (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Patrick Maher and another against John Kennedy and others. A. B. Cruikshank, for appellants. W. F. Clare, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

(112 App. Div. 911)

**MALLOY, Respondent, v. CITY OF NEW YORK, Appellant.** (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by William R. Malloy, by guardian against the city of New York. T. Farley, for appellant. H. A. Powell, for respondent. PER CURIAM. Judgment and order affirmed, with costs, on the authority of Landau v. City, 180 N. Y. 48, 72 N. E. 631, 105 Am. St. Rep. 709.

HOUGHTON, J., dissents. Order filed.

**MANTHAI, Appellant, v. ERIE R. CO., Respondent, et al.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma K. Manthai, as administratrix, etc., of Herman C. Manthai, deceased, against the Erie Railroad Company, impleaded, etc. No opinion. Judgment affirmed, with costs.

**MARSON, Respondent, v. CITY OF ROCHESTER, Appellant.** (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by William H. Marson against the city of Rochester. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified to the court for review.

**MARTIN, Respondent, v. HOROWITZ, Appellant.** (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Thomas F. Martin against David Horowitz. From a judgment for plaintiff, defendant appeals. Reversed and remanded. Bernard Ginzberg, for appellant. Feeney & Kornblue, for respondent.

PER CURIAM. Declaring upon an account stated for newspapers sold to defendant, the plaintiff proved certain dealings with one Schwartz, who, it is claimed, had transferred his business to the defendant; but there was an absolute failure of proof that any bill or bills for the amount in suit had ever been rendered to the defendant, and the only suggestion of the rendering of a statement of even the gross amount claimed to be due is contained in the testimony of the plaintiff's witness that the defendant promptly repudiated the asserted debt. There is nothing to indicate that the parties consented to the substitution of an issue arising out of a claim for goods sold and delivered; but, assuming the substitution, there was no prima facie proof of the price or value of the goods. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

**MEEKER, Respondent, v. SMITH et al., Appellants.** (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Sarah Thro Meeker, as administratrix, etc., of Henry W. Meeker, deceased, against Clark M. Smith and others.

PER CURIAM. Judgment and orders affirmed, with costs.

KELLOGG, J., dissents. PARKER, P. J., not voting.

**MELTZER, Respondent, v. INTERURBAN ST. RY. CO., Appellant.** (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by William A. Meltzer against the Interurban Street Railway Company. No opinion. Judgment and order affirmed, with costs. Order filed.

**MEXICO ONYX QUARRY CO., Appellant, v. KELLEY, Respondent.** (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by the Mexico Onyx Quarry Company against David J. Kelley. W. J. Dawley, for appellant. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**MILLER et al., Respondents, v. CARPENTER, Appellant.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Elizabeth Miller and others, as executors, etc., of Joseph O. Miller, deceased, against Reese Carpenter. No opinion. Judgment affirmed, with costs.

**MINOR v. GARDEN.** (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Gilbert W. Minor against W. Morton Garden. No opinion. Motion granted, unless appellant pay $10 costs of motion and file and serve corrected record as stated in memorandum per curiam. Settle order on notice.

**MOORES, Appellant, v. STATE, Respondent.** (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by Hallie Moores against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

**MURPHY, Respondent, v. EMSHEIMER, Appellant.** (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma L. Murphy against Jacob Emsheimer. No opinion. Judgment and order unanimously affirmed, with costs.

**MYERS, Appellant, v. TOWN OF GATES, Respondent.** (Supreme Court, Appellate Divi-